UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MANUEL BURTON**  **CIVIL ACTION**

**VERSUS** **No. 12-1062**

**MARK STARRING AND ASSOCIATES, INC., ET AL.** **SECTION "I"**

## ORDER

Before the Court is a motion[1] filed by defendants, DePuy Orthopaedics, Inc., and Johnson & Johnson ("defendants"), to stay proceedings in the above-captioned matter pending transfer of the case to the U.S. District Court for the Northern District of Texas to become part of MDL 2244. Plaintiff, Manuel Burton, has not filed any memorandum in opposition to the motion. Having considered defendants' motion to stay, the Court finds it appropriate, in the interest of judicial efficiency, to stay and administratively close this matter pending resolution of the transfer issue.

Accordingly,

**IT IS ORDERED** that the above-captioned matter is **STAYED AND ADMINISTRATIVELY CLOSED** until the Judicial Panel on Multidistrict Litigation makes a determination with respect to whether this matter is to be transferred to MDL 2244.

New Orleans, Louisiana, May 24, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 5.